IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

PERRY FRANKS,                )
                             )
    Petitioner,              )
                             )
v.                           )     NO. 1:06-0018
                             )     JUDGE HAYNES
CHERRY LINDAMOOD, WARDEN,    )
                             )
    Respondent.              )

## ORDER

In accordance with the Memorandum filed herewith, Respondent's motion to dismiss (Docket Entry No. 22), is **GRANTED** and the Petitioner's cross motion to grant the petition (Docket Entry No. 23), is **DENIED**. This petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED with prejudice**. Petitioner has ten (10) days from the date of entry of this Order to file his application for a Certificate of Appealability under 28 U.S.C. §2253(c).

This is the Final Order in this action.

It is so **ORDERED**.

Entered this the ___15th___ day of October, 2007.

William J. Haynes, Jr.
United States District Judge